UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HEATHER S., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18-cv-00178-JAW |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 3, 2018 (ECF No. 17), the Recommended Decision is accepted.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint be DISMISSED without prejudice.

SO ORDERED.

                                          <u>/s/ John A. Woodcock, Jr.</u>
                                          JOHN A. WOODCOCK, JR.
                                          UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2019